BERNARD SENATOR, JR., Appellant, v. ROSALIE V. SENATOR, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

OLGA SHEA, Appellant, v. MARTIN F. SHEA et al., as Executors of WILLIAM J. SHEA, Deceased, Respondents.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

MARGARET T. TRAINOR, Respondent, v. VINCENT J. TRAINOR, Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

RUBY M. TRITTO, Respondent, v. EMMA E. LAUTNER, Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

EDGAR WOODRUFF et al., Respondents, v. CITY OF WHITE PLAINS, Appellant.—

No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.